IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOCTORS FOR A HEALTHY MONTANA, a Montana Independent Committee, | CV 20–46–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| TIMOTHY FOX, in his official capacity as Attorney General of Montana; JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices, | |
| Defendants. | |

Before the Court is the Motion for Preliminary Injunction of Plaintiff

Doctors for a Healthy Montana.  (Doc. 4.)  In researching the issues raised in this

motion, the Court has become aware that additional individuals have made

contributions to the PAC, and that it no longer appears to be true that "a majority

of [the PAC's] contributors share a common employer."  Mont. Code Ann. § 13-

37-210(1)(a)(ii).  Thus, the Court is concerned that it lacks constitutional authority

to decide this matter.

IT IS ORDERED that Defendants shall file a short response to this Order on

or before Wednesday, May 6, 2020.  The response shall not exceed 10 pages, and it

shall address: (1) whether Defendants believe Plaintiff to be operating in violation

1

of Montana law such that a case or controversy exists; (2) whether the threat of

enforcement gives Plaintiff standing to bring its claim; and (3) any other issue

Defendants see relevant to the Court's jurisdiction.

IT IS FURTHER ORDERED that Plaintiff shall file a response to this Order

and Defendants' filing on or before Friday, May 8, 2020.  Plaintiff's response shall

not exceed 10 pages.

DATED this 4th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court