UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOCTORS FOR A HEALTHY MONTANA, a Montana Independent Committee,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY FOX, in his official capacity as Attorney General of Montana; JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendants. | Case No. CV-20-46-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants in accordance with the order issued on today's date.

    Dated this 12th day of August, 2020.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ A.S. Goodwin
                                     A.S. Goodwin, Deputy Clerk

