IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOCTORS FOR A HEALTHY MONTANA, a Montana Independent Committee,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY FOX, in his official capacity as Attorney General of Montana; and JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendant. | CV 20–46–M–DLC<br><br><br>ORDER |

Plaintiff has moved this Court for an order withdrawing its currently pending motion for attorneys' fees and costs (Doc. 34). (Doc. 38.) Plaintiff represents that it has conferred with Defendants regarding the issue and the parties have agreed to settle the case. (*Id.* at 1.) This motion is unopposed. (*Id.*)

Accordingly, IT IS ORDERED that Plaintiff's motion (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion for attorneys' fees and costs (Doc. 34) is WITHDRAWN.

1

DATED this 18th day of September, 2020.

*[signature: Dana L. Christensen]*

Dana L. Christensen, District Judge
United States District Court